IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02589-RPM

ELIZABETH McCOY,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant.

---

ORDER AMENDING CAPTION AND ALLOWING FILING OF SECOND AMENDED COMPLAINT

---

    Upon consideration of the Motion to Amend Plaintiff's Pleadings [9] filed on December 19, 2007, it is

    ORDERED that the case caption is amended to correctly name the defendant and it is

    FURTHER ORDERED that the Second Amended Complaint is accepted for filing.

    Dated: December 19th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge