IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02589-RPM

ELIZABETH MCCOY,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant.

___

ORDER FOR STAY

___

On February 19, 2008, the defendant filed a motion for stay of these proceedings pending resolution of the workers' compensation case. The plaintiff filed her response on March 4, 2008, objecting to the stay. The position of the plaintiff is that she is being denied proper medical care as a result of the bad faith of the workers' compensation insurance carrier, the defendant, and is essentially asking for this Court to intervene and direct such care. In the response, the plaintiff suggests the appointment of a neurologist by the Court to assist in this matter.

The bad faith insurance claim made in this civil action is dependent upon the handling of the workers' compensation proceeding which has not been completed. The primary jurisdiction remains in the workers' compensation system and this court has no jurisdiction to interdict or intervene in that process. Accordingly, it is

ORDERED that further proceedings in this civil action are stayed until completion of the workers' compensation proceeding.

Dated: March 6th, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge