IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02589-RPM

ELIZABETH MCCOY,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly TRAVELERS INDEMNITY COMPANY OF ILLINOIS,

    Defendant.

---

## ORDER FOR STATUS REPORT

On March 6, 2008, this Court entered an order staying proceedings in this civil action until completion of the workers' compensation proceeding. Nothing further has been filed with the court. It is now

ORDERED that on or before February 13, 2009, the parties shall file a status report.

Dated: February 3rd, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge