UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02589-RPM

ELIZABETH MCCOY,

    Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly TRAVELERS INDEMNITY COMPANY OF ILLINOIS

Defendant.

___

**ORDER OF DISMISSAL OF ALL CLAIMS *WITH PREJUDICE***
___

    Upon consideration of the Stipulated Motion to Dismiss with Prejudice [20], it is

    ORDERED that all claims in this matter, including those alleged in the Complaint, are hereby dismissed, *with prejudice*, all parties being responsible for their own costs and fees.

    DATED this 10th day of February, 2009.

                                BY THE COURT:

                                s/Richard P. Matsch

                                ___
                                Richard P. Matsch, Senior District Judge